Court of Appeals
Seventh District of Texas
Potter County Courts Building
501 S. Filmore, Suite 2-A
Amarillo, Texas, 79101-2449

FILED
JUN 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

May 20, 2015

Paul Edward Hudson
2935 Sundial Dr.
Dallas, Tx. 75229

Dallas County:
Bridgett Moreno Lopez
LineBarger-Goggan-Blair-
Sampson, Llp
2777 North Stemmons Freeway
Suite 1000
Dallas, Tx. 75207

Re: Case Number: 07-14-00444-cv; Trial Court Case
Number; TX-13-31309

Style: Paul Edward Hudson v. Dallas County, et al

Appellant Brief
Amended

NORTH TEXAS TX 750
DALLAS TX 750
23 MAY 2022 PM 11

Freedom
FOREVER 2012

Paul Hudson
2935 Sundial Dr.
Dallas, Texas 75229

Court OF Appeals
Seventh District OF Texas
Potter County Courts Building
501 S. Filmore, Suite 2-A
Amarillo, Texas, 79101-2449

79101-244921